IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL LEE DAVIS, ID # 933173,       ) | |
|       Petitioner,                                        ) | |
| vs.                                                               ) | No. 3:14-CV-1320-K |
|                                                           ) | |
| WILLIAM STEPHENS, Director,           ) | |
| Texas Department of Criminal            ) | |
| Justice-CID,                                             ) | |
|       Respondent.                                   ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **TRANSFERS** the petition for habeas corpus to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

The petitioner is further **ADMONISHED** that he may be subject to sanctions if he continues to raise claims that were or could have been raised in his previous federal

petition in this Court without first seeking and receiving authorization from the Fifth Circuit to file a successive petition.

SO ORDERED.

Signed June 16th, 2014.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE